THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JOHN M. GADZICHOWSKI
Chief

LOUIS LOPEZ
Deputy Chief

RICHARD S. O'BRIEN
Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
PHB 4033
Washington, DC 20530
Phone: (202) 514-7491
Facsimile: (202) 514-1005
Email: richard.o'brien@usdoj.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW T. DENNING, <br><br> Plaintiff, <br><br> v. <br><br> STONESCAPE PAVERS, LLC, <br><br> Defendant. | Case No. 2:09-cv-1165-RLH-(LRL) <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

For the reasons set forth in the Settlement Agreement ("Agreement"), attached hereto as Exhibit 1, plaintiff Matthew T. Denning and defendant Stonescape Pavers, LLC (collectively, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned case be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). The terms of this Agreement shall become effective upon entry and

1 approval of this Stipulation by the Court. Notwithstanding the dismissal of this action, the Parties
2 hereby stipulate and respectfully request that the Court retain jurisdiction to oversee compliance
3 with the terms of this Agreement and to resolve any motions to modify such terms. See
4 Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994); Flanagan v. Arnaiz,
5 143 F.3d 540, 543 (9th Cir. 1998).
6 DATED this 28th day of October
7 Respectfully submitted,

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

JOHN M. GADZICHOWSKI
Chief
WI Bar No. 1014294

LOUIS LOPEZ
Deputy Chief
DC Bar No. 461662

RICHARD S. O'BRIEN
Trial Attorney
NY Bar No. 4023859
PHB 4033
950 Pennsylvania Avenue, NW
Civil Rights Division
Employment Litigation Section
Washington, DC 20530
Telephone: (202) 514-7491
Facsimile: (202) 514-1005
Email: richard.o'brien@usdoj.gov

Attorneys for Plaintiff Matthew T. Denning

MATTHEW T. DENNING
Plaintiff

JEFFREY R. SYLVESTER
Nevada Bar No. 4396
SYLVESTER & POLEDNAK, LTD.
7371 Prairie Falcon, Suite 120
Las Vegas, Nevada 89128
Telephone: (702) 952-5200
Facsimile: (702) 952-5205
Email: jeff@sylvesterpolednak.com

Attorney for Defendant Stonescape Pavers, LLC

KAM BRIAN
Stonescape Pavers, LLC
Defendant

2

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 29, 2009